# EXHIBIT I

## STATE COURT PROCESS, PLEADINGS, AND ORDERS

NYSCEF DOC. NO. 2

INDEX NO. 701970/2017
RECEIVED NYSCEF: 03/12/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------------X
BORIS RAFAEL,

                        Plaintiff,

      -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES INC,

                        Defendants.
---------------------------------------------------------------------X

Index No. 701970/2017

Date Purchased: 2.10.2017

**AMENDED**
**SUMMONS**

TO THE ABOVE NAMED DEFENDANTS:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney, Jason A. Oshins within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 23, 2017
       Queens Village, NY

                                 Yours, etc.,

                                 JASON A. OSHINS
                                 214-51 Jamaica Avenue
                                 Queens Village, NY 11428

TO:

Transamerica Casualty Insurance Company
4600 Witmer Industrial Estates, Suite 6
Niagra Falls, NY 14305

Travelex Insurance Services Inc.
C/O Sec'y of State



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
BORIS RAFAEL,

                    Plaintiff,

               -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES INC.,

                   Defendants.
-----------------------------------------------------------------X

Index No. 701990/2017

Date Purchased: 2/10/2017

AMENDED
SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney, Jason A. Oshins within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 23, 2017
       Queens Village, NY

                                      Yours, etc.,

                                                   JASON A. OSHINS
                                                   214-51 Jamaica Avenue
                                                   Queens Village, NY 11428

TO:

Transamerica Casualty Insurance Company
4600 Witmer Industrial Estates, Suite 6
Niagra Falls, NY 14305

Travelex Insurance Services Inc.
C/O Sec'y of State



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
BORIS RAFAEL,

                     Plaintiff,

              -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES,

                   Defendants.
-----------------------------------------------------------------X

Index No. 701970/2017

Date Purchased: 2-10-2017

VERIFIED COMPLAINT

Plaintiff, BORIS RAFAEL, by his attorney, Jason A. Oshins, complaining of the defendant TRANSAMERICA CASUALTY INSURANCE COMPANY ("Transamerica"), and TRAVELEX INSURANCE SERVICES ("Travelex") alleges upon information and belief as follows, at all times hereinafter mentioned, against all defendants jointly and severally:

1. That plaintiff was and is a resident of the State of New York, County of Queens.

2. Defendant Transamerica is authorized by the State of New York to do business in the state of New York.

3. Defendant Transamerica is not authorized by the state of New York to do business in the state of New York.

4. Travelex is a foreign corporation authorized by the State of New York to do business in the State of New York.

5. At all times hereinafter mentioned, Transamerica conducted business within the State of New York at 4600 Witmer Industrial Estates, Suite 6, Niagra Falls, NY.



6. At all times hereinafter mentioned, Transamerica was d/b/a "Travelex" at 4600 Witmer Industrial Estates, Suite 6, Niagra Falls, NY.

7. Travelex was and is an agent of Transamerica.

8. The business of defendants is selling insurance policies.

9. The business of defendants is selling travel insurance policies.

10. That prior to the death of plaintiff's spouse on February 1, 2015, plaintiff purchased 2 insurance policies from defendant(s).

11. The first policy purchased by plaintiff from defendants was Policy #201A1770549.

12. The second policy purchased by plaintiff from defendants was Policy 201A1770566.

13. That defendants failed to provide a copy of the policies to plaintiff.

14. That the policies provided for the payment of ONE HUNDRED THOUSAND DOLLARS ($100,000) in the event plaintiff or his spouse died while travelling in and around February 1, 2015.

15. On February 1, 2015, the spouse of plaintiff died while travelling.

16. That as a result of the above events, plaintiff is due from defendants, as beneficiary of the aforesaid policies, the amount of $200,000.000.



2

17.     After due consideration by plaintiff, defendants have failed to perform on the insurance contract entered into by the purchase of the aforementioned policies, by failing to pay the death benefit of both policies.

**WHEREFORE**, the plaintiff demands judgment against the defendants, jointly and severally, in the sum of TWO HUNDRED THOUSAND DOLLARS ($2,000,000.00), together with the attorney fees, costs and disbursement of this action.

Dated: Queens Village, New York
       February 9, 2017

Yours, etc.

JASON A. OSHINS
214-51 Jamaica Avenue
Queens Village, NY 11428

3



# VERIFICATION

Jason A. Oshins, an attorney admitted to practice law in the courts of the State of New York, states the following with full knowledge and appreciation of the penalties of perjury, pursuant to CPLR 2106: I know the contents of Plaintiff's Verified Summons and Complaint, dated February 9, 2017 and same are true to my knowledge, except those matters that are stated to be alleged on information and belief. As to those matters, I believe them to be true. The reason I verify these statements as true is because I maintain my office in a different county than that in which the plaintiff resides.

Dated: February 9, 2017
      Queens Village, NY

_____
JASON A. OSHINS


Received
Claims Administration

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS                                              Index No.

BORIS RAFAEL,

                Plaintiff,

      -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES,

                Defendants.

# SUMMONS AND VERIFIED COMPLAINT

JASON A. OSHINS

*Attorney for the Plaintiff*

214-51 Jamaica Avenue

Queens Village, NY 11428

(718) 217-8880

**RULE 130-1.1-A CERTIFICATION:** I hereby certify that all of the papers that I have served, filed or submitted to the court in this action are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator of the Courts.

JASON A. OSHINS/DATE

Received

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
Boris Rafael,

                Plaintiff/Petitioner,

  - against -                        Index No. 701970/2017

Transamerica Casualty Insurance Company et al.,

                Defendant/Respondent.
---------------------------------------------------------------X

## NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING SUPREME COURT CASES

PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as allowed by CPLR § 2111 and Uniform Rule § 202.5-b (consensual electronic filing). This notice is being served as required by that rule.

NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

1) **Parties represented by an attorney:** An attorney representing a party who is served with this Notice must promptly either consent or decline consent to electronic filing and service through NYSCEF for this case. Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile. Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

2) **Parties not represented by an attorney:** Unrepresented litigants are exempt from e-filing. They can serve and file all documents in paper form and must be served with all documents in paper form. However, an unrepresented litigant may consent to participate in e-filing.

Index No.                    Page 1 of 2                            EF-3

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: February 16, 2017

_____
Signature

Jason Oshins
_____
Name

JASON A. OSHINS
_____
Firm Name

To: Transamerica Casualty Insurance Comp

Travelex Insurance Services

214-51 Jamaica Avenue
_____
Address

Queens Village, NY 11428

718.217.8880
_____
Phone

Oshinsatlaw@aol.com
_____
E-Mail

Received

9/3/15

Index No.          Page 2 of 2          EF-3

NYSCEF DOC. NO. 2

INDEX NO. 701970/2017
RECEIVED NYSCEF: 03/12/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
BORIS RAFAEL,

                        Plaintiff,

      -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES INC,

                      Defendants.
---------------------------------------------------------------X

Index No. 701970/2017

Date Purchased: 2.10.2017

AMENDED
SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney, Jason A. Oshins within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 23, 2017
       Queens Village, NY

                                Yours, etc.,

                                JASON A. OSHINS
                                214-51 Jamaica Avenue
                                Queens Village, NY 11428

TO:

Transamerica Casualty Insurance Company
4600 Witmer Industrial Estates, Suite 6
Niagra Falls, NY 14305

Travelex Insurance Services Inc.
C/O Sec'y of State



1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X
BORIS RAFAEL,

                    Plaintiff,

       -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES INC,

                    Defendants.
-------------------------------------------------------------------X

Index No. 701990/2017

Date Purchased: 2/10/2017

AMENDED
SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the plaintiff's attorney, Jason A. Oshins within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York), and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 23, 2017
       Queens Village, NY

                              Yours, etc.,

                                       JASON A. OSHINS
                                       214-51 Jamaica Avenue
                                       Queens Village, NY 11428

TO:

Transamerica Casualty Insurance Company
4600 Witmer Industrial Estates, Suite 6
Niagra Falls, NY 14305

Travelex Insurance Services Inc.
C/O Sec'y of State

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
BORIS RAFAEL,

                      Plaintiff,

          -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES,

                   Defendants.
---------------------------------------------------------------X

Index No. 701970/2017

Date Purchased: 2.10.2017

**VERIFIED** COMPLAINT

    Plaintiff, BORIS RAFAEL, by his attorney, Jason A. Oshins, complaining of the defendant TRANSAMERICA CASUALTY INSURANCE COMPANY ("Transamerica"), and TRAVELEX INSURANCE SERVICES ("Travelex") alleges upon information and belief as follows, at all times hereinafter mentioned, against all defendants jointly and severally:

1. That plaintiff was and is a resident of the State of New York, County of Queens.

2. Defendant Transamerica is authorized by the State of New York to do business in the state of New York.

3. Defendant Transamerica is not authorized by the state of New York to do business in the state of New York.

4. Travelex is a foreign corporation authorized by the State of New York to do business in the State of New York.

5. At all times hereinafter mentioned, Transamerica conducted business within the State of New York at 4600 Witmer Industrial Estates, Suite 6, Niagra Falls, NY.



6. At all times hereinafter mentioned, Transamerica was d/b/a "Travelex" at 4600 Witmer Industrial Estates, Suite 6, Niagra Falls, NY.

7. Travelex was and is an agent of Transamerica.

8. The business of defendants is selling insurance policies.

9. The business of defendants is selling travel insurance policies.

10. That prior to the death of plaintiff's spouse on February 1, 2015, plaintiff purchased 2 insurance policies from defendant(s).

11. The first policy purchased by plaintiff from defendants was Policy #201A1770549.

12. The second policy purchased by plaintiff from defendants was Policy 201A1770566.

13. That defendants failed to provide a copy of the policies to plaintiff.

14. That the policies provided for the payment of ONE HUNDRED THOUSAND DOLLARS ($100,000) in the event plaintiff or his spouse died while travelling in and around February 1, 2015.

15. On February 1, 2015, the spouse of plaintiff died while travelling.

16. That as a result of the above events, plaintiff is due from defendants, as beneficiary of the aforesaid policies, the amount of $200,000.000.

2



17.   After due consideration by plaintiff, defendants have failed to perform on the insurance contract entered into by the purchase of the aforementioned policies, by failing to pay the death benefit of both policies.

**WHEREFORE**, the plaintiff demands judgment against the defendants, jointly and severally, in the sum of TWO HUNDRED THOUSAND DOLLARS ($2,000,000.00), together with the attorney fees, costs and disbursement of this action.

Dated: Queens Village, New York
February 9, 2017

Yours, etc.

JASON A. OSHINS
214-51 Jamaica Avenue
Queens Village, NY 11428



Received

Claims Administration

3

# VERIFICATION

Jason A. Oshins, an attorney admitted to practice law in the courts of the State of New York, states the following with full knowledge and appreciation of the penalties of perjury, pursuant to CPLR 2106: I know the contents of Plaintiff's Verified Summons and Complaint, dated February 9, 2017 and same are true to my knowledge, except those matters that are stated to be alleged on information and belief. As to those matters, I believe them to be true. The reason I verify these statements as true is because I maintain my office in a different county than that in which the plaintiff resides.

Dated: February 9, 2017
      Queens Village, NY

_____
JASON A. OSHINS

Received

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
Boris Rafael,

                              Plaintiff/Petitioner,

       - against -                               Index No. 701970/2017

Transamerica Casualty Insurance Company et al.,

                            Defendant/Respondent.
-----------------------------------------------------------------x

### NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING SUPREME COURT CASES

      PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as allowed by CPLR § 2111 and Uniform Rule § 202.5-b (consensual electronic filing). This notice is being served as required by that rule.

      NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

      Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

      The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

      1) **Parties represented by an attorney:** An attorney representing a party who is served with this Notice must promptly either consent or decline consent to electronic filing and service through NYSCEF for this case. Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile. Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

      2) **Parties not represented by an attorney:** Unrepresented litigants are exempt from e-filing. They can serve and file all documents in paper form and must be served with all documents in paper form. However, an unrepresented litigant may consent to participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: February 16, 2017

_____
Signature

Jason Oshins
Name

JASON A. OSHINS
Firm Name

214-51 Jamaica Avenue
Address

Queens Village, NY 11428

718.217.8880
Phone

Oshinsatlaw@aol.com
E-Mail

To: Transamerica Casualty Insurance Comp

Travelex Insurance Services



Received

Claims Administration    9/3/15

Index No.    Page 2 of 2    EF-3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS                                    Index No.

BORIS RAFAEL,

                           Plaintiff,

             -v-

TRANSAMERICA CASUALTY INSURANCE COMPANY
And TRAVELEX INSURANCE SERVICES,

                         Defendants.

# SUMMONS AND VERIFIED COMPLAINT

JASON A. OSHINS

*Attorney for the Plaintiff*

214-51 Jamaica Avenue

Queens Village, NY 11428

(718) 217-8880

RULE 130-1.1-A CERTIFICATION: I hereby certify that all of the papers that I have served, filed or submitted to the court in this action are not frivolous as defined in subsection (c) of Section 130-1.1 of the Rules of the Chief Administrator of the Courts.

JASON A. OSHINS/DATE

Came in with no envelope