UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------X

BORIS RAFAEL,

Plaintiff,

against

TRANSAMERICA CASUALTY INSURANCE
COMPANY and TRAVELEX INSURANCE
SERVICES, INC.,

Defendants.

------------------------------------X

Index No.: 1:17-CV-02342 (RRM; RLM)

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AND WITHOUT COSTS
AND/OR FEES TO ANY PARTY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff, Boris Rafael, and counsel for Defendants, Transamerica Casualty Insurance Company and Travelex Insurance Services, Inc., that the within action shall be and hereby is dismissed in its entirety and as to all parties, said dismissal being with prejudice and without costs and/or attorneys' fees to any party as against any other party.

Jason A. Oshins, Esq.
214-51 Jamaica Avenue
Queens Village, New York 11428
*Attorney for Plaintiff, Boris Rafael*

By: _____
Jason A. Oshins
Dated: JUN 1 4 2017 , 2017

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
200 Campus Drive
Florham Park, New Jersey
973-624-0800
*Attorneys for Defendants, Transamerica
Casualty Insurance Company and
Travelex Insurance Services, Inc.*

By: _____
Robert P. Lesko
Dated: 6/26 , 2017

2313235v.1